# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH

Grafton Probate Court
3785 D.C. Highway Box 3
N. Haverhill NH  03774-4936

Telephone: (603) 787-6931
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## CERTIFICATE OF APPOINTMENT
(Letter of Appointment)

Case Name:     **Estate of Liko P. Kenney**

Case Number:   **315-2010-ET-00202**

On May 18, 2010, the following person(s) was/were appointed to administer the estate of Liko P. Kenney.  The named administrator(s) accepted this responsibility.

<u>Administrator(s)</u>

David T. Kenney          228 Easton Valley Road          Home: 603-348-1485
                         Franconia NH  03580

This document, when signed under seal, certifies that this appointment did occur as stated and remains in effect as dated below.

May 20, 2010

*Rebecca R. Wyman*
Rebecca R. Wyman, Register of Probate

NOT VALID WITHOUT
PROBATE COURT SEAL

NHJB-2548-P  (10/16/2009)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH

Grafton Probate Court
3785 D.C. Highway Box 3
N. Haverhill NH  03774-4936

Telephone: (603) 787-6931
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF DECISION

DAVID T. KENNEY
228 EASTON VALLEY ROAD
FRANCONIA NH  03580

Case Name:     **Estate of Liko P. Kenney**
Case Number:   **315-2010-ET-00202**

On May 18, 2010, Judge Gary W. Boyle issued orders relative to:

Petition to Waive Bond Requirement, Inventory Requirement and Annual Account Requirement
Petition/motion is granted.

Petition for Estate Administration
Petition for administration is granted.

David T. Kenney is appointed Administrator.

Any Motion for Reconsideration must be filed with this court by May 30, 2010.  Any appeals to the Supreme Court must be filed by June 19, 2010.

May 20, 2010

Rebecca R. Wyman
Register of Probate

C: Michelle Kenney

NHJB-2437-P  (3/6/2009)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH

Grafton Probate Court
3785 D.C. Highway Box 3
N. Haverhill NH 03774-4936

Telephone: (603) 787-6931
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE OF DECISION

MICHELLE KENNEY
228 EASTON VALLEY ROAD
FRANCONIA NH 03580

Case Name:  **Estate of Liko P. Kenney**
Case Number:  **315-2010-ET-00202**

On May 18, 2010, Judge Gary W. Boyle issued orders relative to:

Petition to Waive Bond Requirement, Inventory Requirement and Annual Account Requirement
Petition/motion is granted.

Petition for Estate Administration
Petition for administration is granted.

David T. Kenney is appointed Administrator.

Any Motion for Reconsideration must be filed with this court by May 30, 2010. Any appeals to the Supreme Court must be filed by June 19, 2010.

May 20, 2010

Rebecca R. Wyman
Register of Probate

C: David T. Kenney

NHJB-2437-P (3/6/2009)