RETURN OF SERVICE

MERRIMACK, SS                                            08/09/2010


I, Deputy TODD M COREY, made service of the within Summons and Complaint upon GREGORY WILLIS FLOYD, by giving In Hand to same, on this date at 8:52am.

FEES

    Service       $15.00
    Postage        1.00
    Travel        10.50

TOTAL            $26.50

_____
Deputy TODD M COREY
Merrimack County Sheriff's Office

# Merrimack County Sheriff's Office
**SHERIFF SCOTT E. HILLIARD**
333 Daniel Webster Hwy
Boscawen, NH 03303
Phone: 603-796-6600



## Invoice For Service: Summons and Complaint

KING, CHRISTOPHER
131 BOSTON ST, STE 3
BOSTON, MA 02125

Amount Due: 0.00
Invoice Number: 10-6499-CP
Invoice Date: 08/09/2010

617-543-8085

ESTATE OF LIKO P KENNEY vs FLOYD, G
Docket Number: 1:10-CV-181-PB

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| FLOYD, GREGORY<br>In Hand | 08/09/2010 | 08:52am | Deputy COREY |

| SERVICE FEES | QTY | PRICE | TOTAL |
|---|---|---|---|
| Non Est Fee | | | |
| Service Fee | 1 | 15.00 | 15.00 |
| **MISC FEES** | **QTY** | **PRICE** | **TOTAL** |
| POSTAGE | 1 | 1.00 | 1.00 |
| Travel | 1 | 10.50 | 10.50 |
| Mileage | | | |
| Total Cost | | | 0.00 |
| Less Pre Payment: 26.50 Chk# CASH - 177947 | | | 26.50 |
| Grand Total For Invoice #: 10-6499-CP  Invoiced: 08/09/2010 | | | 26.50 |
| | | | 0.00 |