9-14-2010

To the clerk of US District Court for the district of NH
Ref Civil action No 1-10-CV-181-PB    033020014

This lawsuit filed against me by one David Kenney of 111 Easten Vally rd of Easten NH not as falsely reported as Franconia NH 03580 This suit brings up a few things that I object to. And I would like to get the court to give advice guidance on

1. I do not have a attorney at this time to advise me on this matter. I have been unable to obtain one to date not from a lack of trying and I am still trying to get one.

2. I do not know my rights under the fed law or other laws. I do not know what I am reading or how to respond to it.

3. The supporting documents that this lawsuit is based on I have never seen or reviewed

4. I would ask that I be supplyed with any and all documents that are used in this suit

5. I have reviewed what I have recived so far and find them to be overley broand and very invasive. I object to any Interrogatories that ask in any way medical info

I would like to give the court a example of what Mr David Kenney and his adviser blogger Mr Chris King aka disbared atty Mr chris King aka reporter cris King as he has told the state courts himself he is ref at 40 in the Interrogatories. Mr Chris King in his litegation against the NH attorney and the town of Franconia he obtaind records that inportant info of a private and ddimg nature was not removed Mr Chris King put all of it inculuding my SS number on his web site for the last three years breking fed law they both know better.

6. I would ask the court for a gag order

With resept
Gregory W Floyd