UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Estate of Liko Kenney
Plaintiff(s)/United States

v.                                        Case No.  2010 - CV - 00181 - PB

Gregory Floyd et al.
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that   the Estate of Liko Kenney, Plaintiff,   has conventionally filed the following attachment or exhibit:  A DVD film of January 26, 2003 incident.

This attachment or exhibit has not been filed electronically because:

It a DVD that cannot be formatted into PDF.

Date: March 6, 2011                    /s/ Charles F. O'Leary
                                       Charles F. O'Leary
                                       NH Bar # 1910
                                       Bailinson & O'Leary, PC
                                       25 Lowell Street - Suite 100
                                       Manchester, NH 03101
                                       [Phone (603)644-4607
                                       charles@abolaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

It was sent via mail to Gregory Floyd at the New Hampshire State Prison, PO Box 14, Concord, NH 03301 and Daniel J. Mullen, Esquire at PO Box 600, Concord, NH 03301 on February 24, 2011.

Date: March 6, 2011

/s/ Charles F. O'Leary
Charles F. O'Leary
NH Bar # 1910
Bailinson & O'Leary, PC
25 Lowell Street - Suite 100
Manchester, NH 03101
[Phone (603)644-4607
charles@abolaw.com