**EXHIBIT B**

# NEW HAMPSHIRE STATE POLICE
## CONTINUATION OF INVESTIGATION REPORT

| 1. CASE NO. | 2. INVESTIGATING TROOPER | 3. I.D. NO. | 4. TOWN OF CRIME | 5. TN. CD. | 6. DATE OF REPORT |
|---|---|---|---|---|---|
| MCU-07-4121 | Trooper Michael Schumann | 891 | Franconia | | 05-11-07 |

### May 11, 2007

On this date I spoke with a person identified as:

SUSAN M. THOMPSON
DOB: ▮▮▮▮▮

THOMPSON provided a written statement that indicated she was in her house when she heard a siren. THOMPSON went to a window to watch and saw a police car stop a grey car. THOMPSON reports that she observed the police car turn around so it was nose to nose to nose with the grey car. THOMPSON observed the police car force the grey car backwards until she could not see it anymore as a garage was blocking her view.

THOMPSON reports that she next heard popping sounds and saw the police officer moving up a driveway holding his chest. THOMPSON reports seeing a grey pickup pull up. The driver of this pickup stopped but did not get out. THOMPSON said she then went to call 911. THOMPSON reports that she looked out the window again and saw the grey car cross the road and stop abruptly. THOMPSON said there was so much confusion at this time that she could not tell what happened next, but that she saw what she thought was a gun in the hand of the person from the pickup. THOMPSON then saw what she thought was two guns in the persons hands while he was standing at the far side of the grey car. THOMPSON reports that she could not see this person all the time but then emergency personnel began to arrive.

| | | SIGNED | DATE |
|---|---|---|---|
| | Page 3 of 3 | Trooper Michael D. Schumann #891 | 06-03-07<br>469 |

MC 07-4121

SuSAN M. Thompson

Susan Thompson 1/2

I was in our office in the back of the house when I hear a siren. Because we so seldomly hear them on our road I tend to look out a window as the sound approaches. I went to our front door and then to watch better, to our mult windowed dining room. The police car stopped the ~~car~~ gra car and then the police car turned around in the road so it was nose-to-nose with the gray car. It appeared that the police car wanted the gray car to pull off the road, to back down into the graveled area opposite 2203 Easton Rc The police car continued to force the gray car backwards nose-to-nose until the gray car was out of my vision beside the garage opposite 2203 Easton Rd. The police car was still visable (most of it). I next heard pop, pop, (I don't know how many) and saw the police officer head up the driveway of 2203. He was clutching his chest. In the meantime a dark gray pick up pulled up, the first vehicle to head south on 116 since this started The driver stopped but did not get out. As soon as I hear pop, pop and saw the officer clutching his chest, I ran for our phone to call 911. As I did so, I took the phone into my laundry to look out that window. I saw the gray ca cross the road and stop abruptly. There was so much confusion at that point both outside and among my family watching all this, I honestly cannot tell what occured next. The man in the pickup moved his tru just a bit further south beyond the driveway. I saw what appeared to be a gun in one hand. It looked as if then had one in each hand. He stood on the far side

about this time that the first emergency person arrived.
The second to arrive (I believe) was our neighbor
Stanley Sherburn.

Susan M. Thompson

473



Susan M. Thompson    5/12/07

*Susan M. Thompson*