UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
-----------------------------------------------
ESTATE OF LIKO KENNEY            )
        PLAINTIFF                )
                                 )
V.                               )
                                 )
GREGORY WILLIS FLOYD;            )
                                 )
CHIEF MARK R. MONTMINY,          )
IN HIS INDIVIDUAL AND            )      CASE NO.: 2010-CV-00181-PB
CAPACITIES;                      )
                                 )
SERGEANT MARK TAYLOR,            )
IN HIS INDIVIDUAL AND            )
OFFICIAL CAPACITIES;             )
                                 )
CORPORAL BRUCE MCKAY,            )
IN HIS OFFICIAL CAPACITY;        )
                                 )
and                              )
                                 )
TOWN OF FRANCONIA                )
BOARD OF SELECTMEN               )
        DEFENDANTS               )
-----------------------------------------------
```

## NOTICE OF CONVENTIONAL FILING

Please take notice that Defendants, Chief Mark Montminy, Sergeant Mark Taylor, Corporal Bruce McKay and Town of Franconia, will conventionally file Exhibit C that is the subject of a Motion for Summary Judgment.

These files have not been filed electronically because they are too large to be filed electronically.

Respectfully submitted,<br>
**TOWN OF FRANCONIA BOARD OF SELECTMEN**<br>
**CHIEF MARK MONTMINY**<br>
**SERGEANT MARK TAYLOR**

By their Attorneys

RANSMEIER & SPELLMAN
PROFESSIONAL CORPORATION

Dated:   November 15, 2011       By:    */s/ Daniel J. Mullen, Esq.*
                                        Daniel J. Mullen, Esq. (#1830)
                                        Ransmeier & Spellman, PC
                                        One Capitol Street, P.O. Box 600
                                        Concord, NH  03302-0600
                                        dmullen@ranspell.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded to all counsel of record via ECF and via first class mail to Gregory Floyd at the NH State Prison for Men – TWC, PO Box 14, Concord, NH 03302

Date:   November 15, 2011                  */s/ Daniel J. Mullen*
                                           Daniel J. Mullen