UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kenney</u>

     v.    Case No. 10-cv-181-PB

<u>Floyd, et al</u>


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER: #41,  Objection, filed by Attorney O'Leary

DATE FILED:  January 6, 2012

  The document above fails to comply with: AP2.3(a) as it is not text searchable and 15.1 as a motion to amend was not filed and the document is not reproduced in it entirety


  It is herewith ordered that the document is stricken, and must be refiled in compliance with the rules


  SO ORDERED.


          /s/ Paul Barbadoro
          Paul Barbadoro
          United States District Judge

January 11, 2012

cc: Counsel of Record
   Gregory Floyd, Pro Se