United States District Court
District of New Hampshire

| | | |
|---|---|---|
| Estate of Liko Kenney | * | Case No. 10-CV-181-PB |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| Town of Franconia et al | * | |
| Defendants | * | |

**Estate of Liko Kenney's Notice of Appeal to the United States Court of Appeals for the First Circuit**

   Notice is hereby given that the Estate of Liko Kenney appeals to the United States Court of Appeals for the First Circuit from a final order dated April 19, 2012 entered by the Honorable Peter Barbadoro denying Plaintiff's Motion for Reconsideration for Summary Judgment.

                                        Estate of Liko Kenney
                                        By its attorneys,

                                        /s/Harold Burbank
                                        Harold Burbank, Court of Appeals Bar #1152284
                                        Charles O'Leary
                                        c/o Bailinson & O'Leary
                                        20 Lowell Street
                                        Manchester, NH  03101
                                        Ph. 603.644.4607

Dated: May 15, 2012

                              Certification

   I hereby certify that the foregoing was served electronically by ECF on record counsel and by US Mail on Gregory Floyd, NH State Prison, PO Box 14, Concord, NH  03301.

/s/Harold Burbank                    Dated : May 15 2012