# United States Court of Appeals
## For the First Circuit

---

No. 12-1631

DAVID T. KENNEY, Executor of the Estate of Liko Peter Kenney,

Plaintiff, Appellant,

v.

GREGORY WILLIS FLOYD; MARK R. MONTMINY, in his individual and official capacities as Police Chief of Franconia, NH; MARK TAYLOR, in his individual and official capacities as Police Sergeant of Franconia, NH; NORMAN BRUCE MCKAY, in his official capacity as Police Corporal of Franconia, NH, posthumously; FRANCONIA, NEW HAMPSHIRE BOARD OF SELECTMEN,

Defendants, Appellees.

---

**JUDGMENT**

Entered: November 30, 2012

    This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of New Hampshire.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is affirmed. Costs are awarded to defendants.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Burbank & Mr. Mullen.