# United States Court of Appeals
## For the First Circuit

No. 12-1631

DAVID T. KENNEY, Executor of the Estate of Liko Peter Kenney

Plaintiff - Appellant

v.

GREGORY WILLIS FLOYD; MARK R. MONTMINY, in his individual and official capacities as Police Chief of Franconia, NH; MARK TAYLOR, in his individual and official capacities as Police Sergeant of Franconia, NH; NORMAN BRUCE MCKAY, in his official capacity as Police Corporal of Franconia, NH, posthumously; FRANCONIA, NH BOARD OF SELECTMEN

Defendants - Appellees

**MANDATE**

Entered: February 12, 2013

In accordance with the judgment of November 30, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Harold Haley Burbank II
Daniel J. Mullen